# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 9, 2026

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

No. 24-3250

| | |
|---|---|
| ALMA SANCHEZ, on behalf of herself and all others similarly situated, | Appeal from the United States District Court for the Northern District of |
|     *Plaintiff-Appellant*, | Illinois, Eastern Division. |
| | |
|     *v.* | No. 1:22-cv-01852 |
| | |
| EL MILAGRO, INC., doing business as EL MILAGRO, | LaShonda A. Hunt, |
|     *Defendant-Appellee*. | *Judge*. |

**O R D E R**

Plaintiff-Appellant filed a petition for panel rehearing and rehearing en banc on June 24, 2026. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all judges on the original panel have voted to DENY the petition for rehearing.

Accordingly, the petition for panel rehearing and rehearing en banc is DENIED.